UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>919 PROSPECT AVE LLC,<br><br>Debtor. | Chapter 11<br>Case No. 16-13569 (SCC) |
| RODRIGUEZ, *et al.*,<br><br>Petitioners,<br>v.<br><br>919 PROSPECT AVE LLC, *et al.*,<br><br>Respondents. | Adv. Pro. No. 17-01009 (SCC) |

**ORDER TO SHOW CAUSE SHORTENING NOTICE
AND SCHEDULING HEARING TO CONSIDER THE TENANT-PETITIONERS'
EMERGENCY MOTION FOR ABSTENTION AND REMAND**

Upon the Tenant-Petitioners' Wilmer Rodriquez, Monserrate Rodriguez, Lilian Jesus Vasquez, Florencio Jesus Villa, England Torres, Caridad Maldonado, Rochelle Johnson, Rev. Leander Hardaway, Ikuko Hardaway, Petra Ramos, Evelyn Garcia, Maria Rodriguez, Jose Diaz, Irina Diaz, Yvonne Pagan, Maria L. Lopez, Zenaido Rosendo, Marialuisa Vidal, Mary L. Martinez, Edna Rivera, Katherine Rivera, Maria Santana, Clara Wainwright, Bobby Wainwright, Richard Wainwright, Cerise Campbell, Jose Rivera, Margarita Ramos and Juan Rodriguez (the "Tenants"), Emergency Motion for Abstention and Remand (the "Emergency Motion"); and upon the Declaration of Stephanie Rudolph, attesting to the necessity for relief by Order to Show Cause; and the Court having found that cause exists to shorten the notice period set forth in

Local Rule 9006-1(b); and due and proper notice of the Emergency Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided, and after due deliberation and good and sufficient cause appearing therefor; it is hereby:

**ORDERED** that a hearing (the "Hearing") to consider the Emergency Motion shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **January 25, 2017 at 2:00 p.m.**; and it is further

**ORDERED** that on or before **January 20, 2017, at 4:00 p.m.**, the Tenants shall serve the Emergency Motion and a copy of this Order to Show Cause (i) by email upon the Debtor and the United States Trustee and (ii) by electronic notification through filing on the ECF System of the Bankruptcy Court; and such service shall be deemed good and sufficient service and notice of the Emergency Motion, the Order to Show Cause, the Hearing and all proceedings to be head hereon; and it is further

**ORDERED** that responses and objections, if any, to the relief requested in the Emergency Motion must be filed on the ECF System and served by email upon counsel to (i) the Tenants, (ii) the Debtor and (iii) the Office of the United States Trustee; so as to be received on or before **January 23, 2017 at 5:00 p.m.**.

Dated: January 19, 2017
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE